JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOV ARIEH CHARNEY,<br><br>                      Debtor, | Case No.: 2:22-cv-03330-MEMF<br><br>Adversary No., 2:22-ap-01069-VZ<br><br>USDC - Los Angeles, 2:22-bk-11335-VZ |
| DOV ARIEH CHARNEY,<br><br>                      Appellant,<br><br>      v.<br><br>P. STANDARD GENERAL LTD.;<br>STANDARD GENERAL MASTER FUND,<br>L.P.; and STANDARD GENERAL L.P.,<br><br>                    Appellees. | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P 42(B) [ECF NO. 17]** |

cc: BK Court

/ / /

/ / /

1

On July 18, 2022, the parties filed a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Appellate Procedure 42(b) (the "Stipulation"). ECF No. 17. The Court, having considered the Stipulation and finding good cause therefore, GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is approved in its entirety;
2. The case is hereby dismissed without prejudice; and
3. The parties shall bear their own respective attorneys' fees and costs arising from this case.

IT IS SO ORDERED.

Dated: August 24, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2